May C. TAYLOR and Pearle Larene Taylor a/k/a Pearle Larene Reeb, a/k/a Pearle Larene Beaudoin, Appellants (Defendants below),

v.

Lavoy O. TAYLOR, Plaintiff below,

v.

FIRST NATIONAL BANK OF KEMMER-ER, as Guardian of the Estate of May C. Taylor and Vellamo Carera, Trust Officer of the First National Bank of Kemmerer, in her purported capacity as guardian of the person, Appellees (Defendants below),

v.

William Richard TAYLOR et al., Third-Party Defendants below.

Nos. 4513, 4514.

Supreme Court of Wyoming.
Jan. 21, 1976.
Rehearing Denied Feb. 24, 1976.

Richard F. OVERCAST, Appellant (Defendant below),

v.

Richard D. BALDWIN, Appellee (Plaintiff below).

No. 4509.

Supreme Court of Wyoming.
Jan. 9, 1976.

Pearle Larene Beaudoin filed a brief and appeared in oral argument pro se.

May C. Taylor filed a brief pro se but did not appear in oral argument.

Ted C. Frome, Afton, signed the brief and appeared in oral argument on behalf of appellees, First National Bank of Kemmerer and Vellamo Carera, its trust officer.

There were no briefs filed or appearances made by any other parties.

Before GUTHRIE, C. J., and McCLINTOCK, RAPER, THOMAS and ROSE, JJ.

PER CURIAM.

The issues raised by appellants in their appeals were settled by this court in *Beaudoin v. Taylor,* Wyo.1972, 492 P.2d 966.

Affirmed.